Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★ ★ ★ ★ ★

## MEMORANDUM OPINION

No. 04-08-00891-CV

**DISCOVER SPECIALTY INSURANCE COMPANY**,
Appellant

v.

**METROPOLITAN CONTRACTING COMPANY, LTD.**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-20360 (Severance from Trial Court No. 2005-CI-13249)
Honorable Larry Noll, Judge Presiding

PER CURIAM

Sitting:     Rebecca Simmons, Justice
            Steven C. Hilbig, Justice
            Marialyn Barnard, Justice

Delivered and Filed:   March 25, 2009

DISMISSED

Appellant has filed a motion to dismiss this appeal.  The motion contains a certificate of service to appellee, who has not opposed the motion.  We, therefore, grant the motion and dismiss the appeal.  See TEX. R. APP. P. 42.1(a)(1).

PER CURIAM